IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| REQUEST FOR INTERNATIONAL ) | |
| JUDICIAL ASSISTANCE FROM THE ) | |
| RABBINICAL COURT OF TEL AVIV, ) | Case No. 18-mc-0032-DRH |
| ISRAEL, IN THE MATTER OF ) | |
| *BEN ZION KOZUCH V.* ) | |
| *TALLI ROSNER KOZUCH*, ) | |
| Ref. No. 372587/3, ) | |

## NOTICE OF COMPLETION OF COMMISSION

Now comes the United States of America, by its counsel, Donald S. Boyce, United States Attorney for the Southern District of Illinois, and David J. Pfeffer, Assistant United States Attorney, and provides notice that the undersigned counsel reasonably believes he has completed the requirements of his commission, to the extent possible, such that this matter may be closed.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

*s/ David J. Pfeffer*
DAVID J. PFEFFER
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois  62208-1344
Phone:   (618) 628-3700
Fax:     (618) 622-3810
E-mail:  david.j.pfeffer@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I electronically filed the foregoing

### NOTICE OF COMPLETION OF COMMISSION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

**N/A**

*s/ David J. Pfeffer*
DAVID J. PFEFFER
Assistant United States Attorney